248 So.2d 832

**VANGUARD HOMES, INC.**

v.

**NEW HOMES PROMOTION, INC.**

No. 51474.

June 16, 1971.

In re: New Homes Promotion, Inc. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 247 So.2d 221.

Writ denied: The result is correct.

248 So.2d 832

**STATE of Louisiana**

v.

**Becky FISHER.**

No. 51481.

June 16, 1971.

In re: Becky Fisher applying for writ of review.

Writ refused. The showing made is insufficient to warrant the exercise of our supervisory jurisdiction.